## Porta-Drill, Inc., Appellant, *v.* R. M. Hall Corporation.

Argued September 29, 1966. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Frank W. Ittel,* with him *Frank W. Ittel, Jr.,* and *Reed, Smith, Shaw & McClay,* for appellant.

*William D. Sutton,* with him *Clyde A. Armstrong,* and *Thorp, Reed & Armstrong,* for appellees.

OPINION PER CURIAM, November 15, 1966:
Decree affirmed. Costs on appellant.